UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANET STEPAK,

    Plaintiff,

v.                                        Case No: 8:16-cv-3214-T-36JSS

HARLEY-DAVIDSON FINANCIAL
SERVICES, INC.,

    Defendant.
_____/

## **O R D E R**

Before the Court is the Joint Stipulation for Dismissal with Prejudice (Doc. 17). In accord with the Joint Stipulation for Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)     The Joint Stipulation for Dismissal with Prejudice is **APPROVED** (Doc. 17).

    2)     This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

    3)     The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on June 16, 2017.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record